UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DIANE PARRON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>AZIYO BIOLOGICS, INC., et al.,<br>　　　　　　　　Defendants. | Case No. 22-10522<br>Honorable Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

### ORDER DISMISSING CASE WITHOUT PREJUDICE

The Court conducted a Settlement Conference on March 12, 2025, and a settlement of the claims in this case has been reached. *See* Minute Entry for March 12, 2025. On this basis, the Court will dismiss the case without prejudice and require the parties to submit closing documents dismissing the case with prejudice no later than June 5, 2025. The Court will retain jurisdiction to resolve any disputes over settlement matters, including reopening the case if the settlement ultimately fails.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**. To the extent not otherwise disposed of, any scheduled hearings are **CANCELLED**, and all pending motions are **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the parties must **SUBMIT** closing documents dismissing the case with prejudice **no later than June 5, 2025.**

Dated: March 28, 2025

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge